UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                                    )
                                                          )
**SPROULE, RONALD D**                                     )    Bankruptcy Case No. 12-82138 TML
**SPROULE, LINDA L**                                      )    Chapter 7
                                                          )
Debtor(s).                                                )

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 17, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

SPROULE, RONALD D
SPROULE, LINDA L
1970 E. CROSS RD.
GALENA, IL 61036

ERIC PRATT
5301 E. STATE ST., STE. 116
ROCKFORD, IL 61108
*(Via ECF Electronic Transmission)*

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

Midland Credit Management, Inc. as agent for
Midland Funding, LLC
PO Box 2011
Warren, MI 48090

Jo Carroll Electric
P.O. Box 390
Elizabeth, IL 61028

Illinois Department of Revenue Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
PO Box 71083
Charlotte, NC 28272-1083

FIA CARD SERVICES, N.A.
PO  Box 15102
Wilmington, DE 19886-5102

FIA CARD SERVICES, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

American InfoSource LP as agent for TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124

PYOD, LLC its successors and assigns as assignee
of Citibank
Resurgent Capital Service
PO Box 19008
Greenville, SC 29602

First Community Bank of Galena
Craig Willette
1318 E. State St.
Rockford, IL 61104

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Verizon Wireless
PO BOX 3397
Bloomington, IL 61702

Stephenson Service company
410 South Hancock Avenue
POB 917
Freeport, IL 61032-0917

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
sbalsley@bslbv.com