UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: SPROULE, RONALD D § Case No. 12-82138-TML
       SPROULE, LINDA L § 
                       §
Debtor(s)              §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 31, 2012. The undersigned trustee was appointed on July 18, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $       40,010.61

    Funds were disbursed in the following amounts:
    Payments made under an
       interim distribution                                      0.00
    Administrative expenses                                 24,944.39
    Bank service fees                                        2,161.22
    Other payments to creditors                                  0.00
    Non-estate funds paid to 3rd Parties                         0.00
    Exemptions paid to the debtor                                0.00
    Other payments to the debtor                                 0.00

    Leaving a balance on hand of [1]    $       12,905.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/10/2012 and the deadline for filing governmental claims was 10/10/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,751.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $4,751.06 as interim compensation and now requests the sum of $0.00, for a total compensation of $4,751.06.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/27/2018            By: /s/STEPHEN G. BALSLEY
                                Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Period Ending:** 02/27/18

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/31/12 (f)  
**§341(a) Meeting Date:** 07/02/12  
**Claims Bar Date:** 10/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1970 East Cross Rd., Galena, IL 61036 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Ron's BP - Galena<br>Order to Abandon Property entered 8/8/12. | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Apple River Gas Mart  - Apple River<br>See Order to Sell entered 12/17/2012. | 50,000.00 | 25,000.00 | | 25,000.00 | FA |
| 4 | R&L Gas Mart  - Galena<br>See Order to Compromise Controversy entered 7/5/17. See Order to Abandon Property entered 7/5/17. | 400,000.00 | 400,000.00 | OA | 11,025.00 | FA |
| 5 | Bulk Plant, Block 11, Lots 10,11,12 and PT Lot 9 | 19,000.00 | 0.00 | | 0.00 | FA |
| 6 | #5 Lot, Parcel 01-001137-00 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account w/ Apple River Community Bank | 800.00 | 0.00 | | 0.00 | FA |
| 8 | Business Checking Account w/Apple River Communit | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Business Checking Account w/ Apple River Communi | 1.00 | 0.00 | | 0.00 | FA |
| 10 | older household furniture and personal belonging | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Outstanding accounts | 5,208.00 | 5,208.00 | | 3,985.61 | FA |
| 13 | 2004 Chevy Blazer | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2004 Chevy Pickup | 4,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1994 GMC Wrecker | 500.00 | 0.00 | | 0.00 | FA |
| 16 | 1994 International Wrecker | 500.00 | 0.00 | | 0.00 | FA |
| 17 | 1990 Geo Tracker | 300.00 | 0.00 | | 0.00 | FA |
| 18 | 1940 Hudson (project car) | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | 1995 Cobra Motorhome | 5,000.00 | 0.00 | | 0.00 | FA |
| 19 | Assets    Totals (Excluding unknown values) | **$814,110.00** | **$430,208.00** | | **$40,010.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Period Ending:** 02/27/18

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/31/12 (f)  
**§341(a) Meeting Date:** 07/02/12  
**Claims Bar Date:** 10/10/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   August 28, 2017  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 02/27/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******33-66 - Checking Account  
**Blanket Bond:** $4,396,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/12 | {12} | Daniel and Catherine Harms | Account Receivable Payment | 1129-000 | 29.52 | | 29.52 |
| 07/11/12 | {12} | Kenneth and Darlene Moore | Account Receivable Payment | 1129-000 | 101.44 | | 130.96 |
| 07/11/12 | {12} | Harris Construction | Account Receivable Payment | 1129-000 | 353.71 | | 484.67 |
| 07/11/12 | {12} | Galena Laundry and Linen Service, Inc. | Account Receivable Payment | 1129-000 | 450.72 | | 935.39 |
| 07/11/12 | {12} | McCoy Insurance Services | Account Receivable Payment | 1129-000 | 50.01 | | 985.40 |
| 07/11/12 | {12} | Rawlins Township | Account Receivable Payment | 1129-000 | 242.02 | | 1,227.42 |
| 07/11/12 | {12} | Richard H. Weis | Account Receivable Payment | 1129-000 | 15.50 | | 1,242.92 |
| 07/11/12 | {12} | Stangl Construction, LLC | Account Receivable Payment | 1129-000 | 48.00 | | 1,290.92 |
| 07/11/12 | {12} | James B. Vincent | Account Receivable Payment | 1129-000 | 194.17 | | 1,485.09 |
| 07/11/12 | {12} | Stangl Construction, LLC | Account Receivable Payment | 1129-000 | 207.06 | | 1,692.15 |
| 07/11/12 | {12} | Galena Builders | Account Receivable Payment | 1129-000 | 112.53 | | 1,804.68 |
| 07/11/12 | {12} | Galena Golf Club, Inc. | Account Receivable Payment | 1129-000 | 21.56 | | 1,826.24 |
| 07/11/12 | {12} | Galena Chrysler | Account Receivable Payment | 1129-000 | 176.92 | | 2,003.16 |
| 07/11/12 | {12} | Chestnut Mountain Ski Resort, LLC | Account Receivable Payment | 1129-000 | 235.52 | | 2,238.68 |
| 07/11/12 | {12} | Lemfco, Inc. | Account Receivable Payment | 1129-000 | 8.50 | | 2,247.18 |
| 07/11/12 | {12} | Galena Cellars, Inc. | Account Receivable Payment | 1129-000 | 206.47 | | 2,453.65 |
| 07/11/12 | {12} | Steven or Pamela Ehrler | Account Receivable Payment | 1129-000 | 59.00 | | 2,512.65 |
| 07/11/12 | {12} | Galena Unit School District 120 | Account Receivable Payment | 1129-000 | 608.62 | | 3,121.27 |
| 07/16/12 | {12} | Galena Chrysler | Account Receivable Payment | 1129-000 | 864.34 | | 3,985.61 |
| 07/30/12 | {4} | WSG, Inc. d/b/a R&L Gas Mart | Payment on Contract | 1110-000 | 1,000.00 | | 4,985.61 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,960.61 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,935.61 |
| 09/04/12 | {4} | WSG, Inc. d/b/a R&L Gas Mart | Payment on Contract | 1110-000 | 1,000.00 | | 5,935.61 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,910.61 |
| 10/02/12 | {4} | WSG, Inc. d/b/a R&L Gas Mart | Payment on Contract | 1110-000 | 1,000.00 | | 6,910.61 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,885.61 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,860.61 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 6,860.61 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6,985.61** | **6,985.61** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 6,860.61 | |
| | | | **Subtotal** | | **6,985.61** | **125.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,985.61** | **$125.00** | |

{} Asset reference(s)

Printed: 02/27/2018 10:52 AM   V.13.32

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 02/27/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,860.61 | | 6,860.61 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,850.61 |
| 01/07/13 | | Security First Title Co. | Proceeds from Sale of Real Estate | | 20,210.11 | | 27,060.72 |
| | {3} | | Gross proceeds from sale of real estate    25,000.00 | 1110-000 | | | 27,060.72 |
| | | | County Taxes    -1,094.22 (1/1/12-12/27/12) | 2500-000 | | | 27,060.72 |
| | | | 2011 Tax Redemption to    -1,841.42 Jo Daviess County Clerk | 2500-000 | | | 27,060.72 |
| | | | Jim Sullivan Realty    -1,500.00 Commission | 3510-000 | | | 27,060.72 |
| | | | Title Insurance to    -145.00 Security First Title Co. | 2500-000 | | | 27,060.72 |
| | | | State of IL Title Policy    -3.00 Fee | 2500-000 | | | 27,060.72 |
| | | | Overnight Mailing Fee    -75.00 | 2500-000 | | | 27,060.72 |
| | | | CPL Fee    -50.00 | 2500-000 | | | 27,060.72 |
| | | | Wire Fee    -25.00 | 2500-000 | | | 27,060.72 |
| | | | Tax Stamp-Deed    -18.75 | 2500-000 | | | 27,060.72 |
| | | | Revenue Stamps    -37.50 | 2500-000 | | | 27,060.72 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.15 | 27,028.57 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.28 | 26,992.29 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.52 | 26,954.77 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.35 | 26,913.42 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.99 | 26,873.43 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-82138 | 2300-000 | | 37.68 | 26,835.75 |
| 06/20/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 500.00 | | 27,335.75 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.20 | 27,299.55 |
| 07/17/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 500.00 | | 27,799.55 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.50 | 27,756.05 |
| 08/20/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 500.00 | | 28,256.05 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.13 | 28,215.92 |
| 09/30/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 500.00 | | 28,715.92 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.23 | 28,676.69 |

Subtotals :        $29,070.72        $394.03

{} Asset reference(s)                                                                                             Printed: 02/27/2018 10:52 AM    V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 02/27/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/23/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 500.00 | | 29,176.69 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.47 | 29,131.22 |
| 11/21/13 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 29,331.22 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.16 | 29,292.06 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.34 | 29,245.72 |
| 01/09/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 400.00 | | 29,645.72 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.86 | 29,601.86 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.73 | 29,562.13 |
| 03/31/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 29,662.13 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.10 | 29,621.03 |
| 04/29/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 29,821.03 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.43 | 29,775.60 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.81 | 29,732.79 |
| 06/06/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 29,932.79 |
| 06/06/14 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #12-82138 | 2300-000 | | 54.52 | 29,878.27 |
| 06/16/14 | 10103 | Barrick, Switzer, Long, Balsley & Van Evera | First Application for Trustee's Counsel pursuant to Order entered June 16, 2014 | 3110-000 | | 7,521.00 | 22,357.27 |
| 06/16/14 | 10104 | Barrick, Switzer, Long, Balsley & Van Evera | First Application for Trustee's Counsel Reimbursement of Expenses pursuant to Order entered June 16, 2014 | 3120-000 | | 175.00 | 22,182.27 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.78 | 22,144.49 |
| 07/07/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 22,344.49 |
| 07/31/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 22,544.49 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.26 | 22,509.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.28 | 22,477.95 |
| 09/02/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 22,677.95 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.74 | 22,643.21 |
| 10/09/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 22,743.21 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.75 | 22,709.46 |
| 11/03/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 22,809.46 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.50 | 22,779.96 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.13 | 22,742.83 |
| 01/12/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 22,842.83 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.79 | 22,810.04 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.62 | 22,779.42 |

Subtotals :   $2,500.00   $8,397.27

{} Asset reference(s)

Printed: 02/27/2018 10:52 AM    V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 12-82138-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | SPROULE, RONALD D | | Bank Name: | Rabobank, N.A. |
| | SPROULE, LINDA L | | Account: | ******0066 - Checking Account |
| Taxpayer ID #: | **-***4778 | | Blanket Bond: | $4,396,000.00  (per case limit) |
| Period Ending: | 02/27/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 22,979.42 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.08 | 22,944.34 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.00 | 22,911.34 |
| 05/12/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 23,111.34 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.00 | 23,079.34 |
| 06/09/15 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #12-82138 | 2300-000 | | 51.19 | 23,028.15 |
| 06/12/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 23,228.15 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.51 | 23,192.64 |
| 07/14/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 23,392.64 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.62 | 23,358.02 |
| 08/10/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 250.00 | | 23,608.02 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.69 | 23,575.33 |
| 09/14/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 250.00 | | 23,825.33 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.35 | 23,788.98 |
| 10/13/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 250.00 | | 24,038.98 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.40 | 24,004.58 |
| 11/10/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 24,204.58 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.52 | 24,171.06 |
| 12/07/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,271.06 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.35 | 24,232.71 |
| 01/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 150.00 | | 24,382.71 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.71 | 24,349.00 |
| 02/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,449.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.83 | 24,415.17 |
| 03/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,515.17 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.60 | 24,476.57 |
| 04/15/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,576.57 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.99 | 24,542.58 |
| 05/19/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,642.58 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.06 | 24,608.52 |
| 06/03/16 | 10106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2016 FOR CASE #12-82138, Bond #016018067 | 2300-000 | | 11.66 | 24,596.86 |
| 06/16/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,696.86 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.88 | 24,657.98 |

Subtotals :     $2,500.00     $621.44

{} Asset reference(s)

Printed: 02/27/2018 10:52 AM     V.13.32

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 12-82138-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | SPROULE, RONALD D | | Bank Name: | Rabobank, N.A. |
| | SPROULE, LINDA L | | Account: | ******0066 - Checking Account |
| Taxpayer ID #: | **-***4778 | | Blanket Bond: | $4,396,000.00  (per case limit) |
| Period Ending: | 02/27/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/13/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 150.00 | | 24,807.98 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.29 | 24,773.69 |
| 08/15/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 24,973.69 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.23 | 24,934.46 |
| 09/08/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 150.00 | | 25,084.46 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.91 | 25,048.55 |
| 10/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 25,148.55 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.81 | 25,113.74 |
| 11/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 25,213.74 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.50 | 25,175.24 |
| 12/22/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 75.00 | | 25,250.24 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.13 | 25,214.11 |
| 01/17/17 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 50.00 | | 25,264.11 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.70 | 25,225.41 |
| 02/07/17 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 50.00 | | 25,275.41 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.90 | 25,241.51 |
| 03/13/17 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 25,341.51 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.59 | 25,303.92 |
| 04/10/17 | {4} | WSG Inc. | Payment on Contract | 1110-000 | 50.00 | | 25,353.92 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.00 | 25,319.92 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.05 | 25,279.87 |
| 06/09/17 | 10107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2017 FOR CASE #12-82138, Bond #016018067 | 2300-000 | | 14.72 | 25,265.15 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.35 | 25,228.80 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.07 | 25,193.73 |
| 08/24/17 | 10108 | Illinois Department of Revenue | 2012 State Taxes (Ronald Sproule) - FEIN 38-7044778 | 2820-000 | | 72.00 | 25,121.73 |
| 08/24/17 | 10109 | Illinois Department of Revenue | 2012 State Taxes (Linda Sproule) - FEIN 38-7044778 | 2820-000 | | 72.00 | 25,049.73 |
| 08/24/17 | 10110 | Illinois Department of Revenue | 2013 State Taxes (Ronald Sproule) - FEIN 38-7044778 | 2820-000 | | 393.00 | 24,656.73 |
| 08/24/17 | 10111 | Illinois Department of Revenue | 2013 State Taxes (Linda Sproule) - FEIN 38-7044778 | 2820-000 | | 393.00 | 24,263.73 |
| 11/07/17 | 10112 | Illinois Department of Revenue | Late Fees & Penalties (Ronald Sproule) - 2012 (17.26) & 2013 (90.80) - FEIN 38-7044778 | 2820-000 | | 108.06 | 24,155.67 |
| 11/07/17 | 10113 | Illinois Department of Revenue | Late Fees & Penalties (Linda Sproule) - 2012 | 2820-000 | | 108.06 | 24,047.61 |

Subtotals :   $1,025.00   $1,635.37

{} Asset reference(s)

Printed: 02/27/2018 10:52 AM   V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 02/27/18

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (17.26) & 2013 (90.80) - FEIN 60-3242624 | | | | |
| 11/09/17 | 10114 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $4,751.06. Trustee Compensation | 2100-000 | | 4,751.06 | 19,296.55 |
| 11/09/17 | 10115 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,201.50. Attorney for Trustee Fees | 3210-000 | | 3,201.50 | 16,095.05 |
| 11/09/17 | 10116 | RSM US LLP | Dividend paid 100.00% on $3,190.05. Accountant for Trustee Fees | 3310-000 | | 3,190.05 | 12,905.00 |
| | | | **ACCOUNT TOTALS** | | 35,095.72 | 22,190.72 | **$12,905.00** |
| | | | Less: Bank Transfers | | 6,860.61 | 0.00 | |
| | | | **Subtotal** | | 28,235.11 | 22,190.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,235.11** | **$22,190.72** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******33-66 | 6,985.61 | 125.00 | 0.00 |
| Checking # ******0066 | 28,235.11 | 22,190.72 | 12,905.00 |
| | **$35,220.72** | **$22,315.72** | **$12,905.00** |

{} Asset reference(s)   Printed: 02/27/2018 10:52 AM   V.13.32

# Exhibit C

## Case: 12-82138-TML   SPROULE, RONALD D

Claims Bar Date: 10/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>05/31/12 | Pursuant to First Application for Trustee's Counsel for Interim Compensation for the period June 21, 2012 through May 14, 2014.  Order entered June 16, 2014. | $7,521.00<br>$7,521.00 | $7,521.00 | $0.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7<br>05/31/12 | Pursuant to First Application for Trustee's Counsel for Reimbursement of Expenses from June 12, 2012 through May 14, 2014.  Order entered June 16, 2014. | $175.00<br>$175.00 | $175.00 | $0.00 |
|  | RSM US LLP<br>5155 Paysphere Circle<br><br>Chicago, IL 60674<br><3310-00   Accountant for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>05/31/12 | See Order to Employ Accountant entered 12/30/13. | $3,190.05<br>$3,190.05 | $3,190.05 | $0.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>05/31/12 |  | $3,201.50<br>$3,201.50 | $3,201.50 | $0.00 |
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>05/31/12 |  | $4,751.06<br>$4,751.06 | $4,751.06 | $0.00 |
| 1 | Midland Credit Management, Inc. as agent for<br>Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/15/12 | Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090<br>------------------------------------------------------------------------* * *<br>See Amended Claim No. 1-2 filed 4/3/16. | $5,957.12<br>$0.00 | $0.00 | $0.00 |
| 1 -2 | Midland Credit Management, Inc. as agent for<br>Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured<br>07/15/12 | Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090<br>------------------------------------------------------------------------* * * | $5,957.12<br>$5,957.12 | $0.00 | $5,957.12 |

# Exhibit C

## Case: 12-82138-TML  SPROULE, RONALD D

Claims Bar Date: 10/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Amended Claim No. 1-2 filed 4/3/16. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2 | Jo Carroll Electric<br>P.O. Box 390<br><br>Elizabeth, IL 61028 | Unsecured<br>07/20/12 | P.O. Box 390<br>Elizabeth, IL 61028<br>-------------------------------------------------------------------------------\* \* \* | $2,215.68<br>$2,215.68 | $0.00 | $2,215.68 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3P | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br><br>Chicago, IL 60664-0338 | Priority<br>08/01/12 | P.O. Box 64338<br>Chicago, IL 606640338<br>-------------------------------------------------------------------------------\* \* \* | $1,604.01<br>$1,604.01 | $0.00 | $1,604.01 |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 3U | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br><br>Chicago, IL 60664-0338 | Unsecured<br>08/01/12 | P.O. Box 64338<br>Chicago, IL 606640338<br>-------------------------------------------------------------------------------\* \* \* | $31.79<br>$31.79 | $0.00 | $31.79 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br><br>Chicago, IL 60664-0338 | Unsecured<br>08/01/12 | P.O. Box 64338<br>Chicago, IL 606640338<br>-------------------------------------------------------------------------------\* \* \* | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083 | Unsecured<br>08/07/12 | PO Box 71083<br>Charlotte, NC 282721083<br>-------------------------------------------------------------------------------\* \* \* | $19,027.61<br>$19,027.61 | $0.00 | $19,027.61 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | Capital One, N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083 | Unsecured<br>08/07/12 | PO Box 71083<br>Charlotte, NC 282721083<br>-------------------------------------------------------------------------------\* \* \* | $3,793.73<br>$3,793.73 | $0.00 | $3,793.73 |

# Exhibit C

## Case: 12-82138-TML   SPROULE, RONALD D

Claims Bar Date: 10/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338  Chicago, IL 60664-0338 | Priority 08/08/12 | P.O. Box 64338 Chicago, IL 606640338 -----------------------------------------------------------------------------* * * | $1,721.72 $1,721.72 | $0.00 | $1,721.72 |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 8 | FIA CARD SERVICES, N.A. PO Box 15102  Wilmington, DE 19886-5102 | Unsecured 08/08/12 | 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 -----------------------------------------------------------------------------* * * | $7,713.95 $7,713.95 | $0.00 | $7,713.95 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Unsecured 08/08/12 | 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 -----------------------------------------------------------------------------* * * See Amended Claim No. 9-2 filed 5/12/14. | $6,671.87 $0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 -2 | FIA CARD SERVICES, N.A. PO Box 15102  Wilmington, DE 19886-5102 | Unsecured 08/08/12 | 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 -----------------------------------------------------------------------------* * * Amended Claim filed 5/12/14. | $6,557.92 $6,557.92 | $0.00 | $6,557.92 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | FIA CARD SERVICES, N.A. PO Box 15102  Wilmington, DE 19886-5102 | Unsecured 08/08/12 | 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 -----------------------------------------------------------------------------* * * | $3,324.42 $3,324.42 | $0.00 | $3,324.42 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit C

## Case: 12-82138-TML  SPROULE, RONALD D

Claims Bar Date: 10/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Unsecured 08/08/12 | 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 ----------* * * See Amended Claim No. 11-2 filed 5/12/14. | $13,820.06 $0.00 | $0.00 | $0.00 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 -2 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured 08/08/12 | 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 ----------* * * Amended Claim No. 11-2 filed 5/12/14. | $13,548.48 $13,548.48 | $0.00 | $13,548.48 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124 | Unsecured 08/27/12 | PO Box 248866 Oklahoma City, OK 73124 ----------* * * | $8,416.81 $8,416.81 | $0.00 | $8,416.81 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured 08/28/12 | of Citibank Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 ----------* * * | $11,241.25 $11,241.25 | $0.00 | $11,241.25 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14S | First Community Bank of Galena Craig Willette 1318 E. State St. Rockford, IL 61104 | Secured 09/06/12 | Craig Willette 1318 E. State St. Rockford, IL 61104 ----------* * * See Notice of Withdrawal of Claim filed 7/6/17. | $115,000.00 $0.00 | $0.00 | $0.00 |
| | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |

# Exhibit C

### Case: 12-82138-TML   SPROULE, RONALD D

Claims Bar Date:  10/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14U | First Community Bank of Galena<br>Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104 | Unsecured<br>09/06/12 | Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104<br>-----------------------------------------------------------------------------* * *<br>See Notice of Withdrawal of Claim filed 7/6/17. | $71,826.81<br>$0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 15 | First Community Bank of Galena<br>Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104 | Secured<br>09/06/12 | Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104<br>-----------------------------------------------------------------------------* * *<br>See Notice of Withdrawal of Claim filed 7/6/17. | $451,598.27<br>$0.00 | $0.00 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 16 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>09/19/12 | c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701<br>-----------------------------------------------------------------------------* * * | $3,265.52<br>$3,265.52 | $0.00 | $3,265.52 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 17 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured<br>09/24/12 | PO BOX 3397<br>Bloomington, IL 61702<br>-----------------------------------------------------------------------------* * * | $131.15<br>$131.15 | $0.00 | $131.15 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 18 | Stephenson Service company<br>410 South Hancock Avenue<br>POB 917<br>Freeport, IL 61032-0917 | Unsecured<br>09/21/12 | 410 South Hancock Avenue<br>POB 917<br>Freeport, IL 610320917<br>-----------------------------------------------------------------------------* * * | $124,668.04<br>$124,668.04 | $0.00 | $124,668.04 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | **Case Total:** | | **$18,838.61** | **$213,219.20** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-82138-TML
Case Name: SPROULE, RONALD D
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**   $   12,905.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14S | First Community Bank of Galena | 115,000.00 | 0.00 | 0.00 | 0.00 |
| 15 | First Community Bank of Galena | 451,598.27 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   12,905.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 4,751.06 | 4,751.06 | 0.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 10,722.50 | 10,722.50 | 0.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 175.00 | 175.00 | 0.00 |
| Accountant for Trustee, Fees - RSM US LLP | 3,190.05 | 3,190.05 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   0.00
Remaining balance:   $   12,905.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   12,905.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,325.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Illinois Department of Revenue Bankruptcy Section | 1,604.01 | 0.00 | 1,604.01 |
| 7 | Illinois Department of Revenue Bankruptcy Section | 1,721.72 | 0.00 | 1,721.72 |

Total to be paid for priority claims: $ 3,325.73
Remaining balance: $ 9,579.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 209,893.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. as agent for | 0.00 | 0.00 | 0.00 |
| 1 -2 | Midland Credit Management, Inc. as agent for | 5,957.12 | 0.00 | 271.89 |
| 2 | Jo Carroll Electric | 2,215.68 | 0.00 | 101.13 |
| 3U | Illinois Department of Revenue Bankruptcy Section | 31.79 | 0.00 | 1.45 |
| 4 | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 19,027.61 | 0.00 | 868.40 |
| 6 | Capital One, N.A. | 3,793.73 | 0.00 | 173.14 |
| 8 | FIA CARD SERVICES, N.A. | 7,713.95 | 0.00 | 352.05 |
| 9 | FIA CARD SERVICES, N.A. | 0.00 | 0.00 | 0.00 |
| 9 -2 | FIA CARD SERVICES, N.A. | 6,557.92 | 0.00 | 299.29 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | FIA CARD SERVICES, N.A. | 3,324.42 | 0.00 | 151.72 |
| 11 | FIA CARD SERVICES, N.A. | 0.00 | 0.00 | 0.00 |
| 11 -2 | FIA CARD SERVICES, N.A. | 13,548.48 | 0.00 | 618.33 |
| 12 | American InfoSource LP as agent for TD Bank, USA | 8,416.81 | 0.00 | 384.13 |
| 13 | PYOD, LLC its successors and assigns as assignee | 11,241.25 | 0.00 | 513.04 |
| 14U | First Community Bank of Galena | 0.00 | 0.00 | 0.00 |
| 16 | American Express Centurion Bank | 3,265.52 | 0.00 | 149.03 |
| 17 | Verizon Wireless | 131.15 | 0.00 | 5.99 |
| 18 | Stephenson Service company | 124,668.04 | 0.00 | 5,689.68 |

Total to be paid for timely general unsecured claims:  $ 9,579.27
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**