**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re:  SPROULE, RONALD D | § | Case No. 12-82138-TML |
| SPROULE, LINDA L | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $758,902.00              Assets Exempt: $7,902.00
(without deducting any secured claims)

Total Distribution to Claimants: $12,899.01    Claims Discharged
                                               Without Payment: $485,363.99

Total Expenses of Administration: $27,105.61
```

3) Total gross receipts of $     40,010.61     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     5.99     (see **Exhibit 2**), yielded net receipts of $40,004.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,152,136.00 | $566,598.27 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 27,105.61 | 27,105.61 | 27,105.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,325.73 | 3,325.73 | 3,325.73 | 3,325.73 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 493,160.80 | 308,169.33 | 209,893.47 | 9,573.28 |
| **TOTAL DISBURSEMENTS** | $1,648,622.53 | $905,198.94 | $240,324.81 | $40,004.62 |

4) This case was originally filed under Chapter 7 on May 31, 2012. The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2018          By: /s/STEPHEN G. BALSLEY
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Apple River Gas Mart - Apple River | 1110-000 | 25,000.00 |
| R&L Gas Mart - Galena | 1110-000 | 11,025.00 |
| Outstanding accounts | 1129-000 | 3,985.61 |
| **TOTAL GROSS RECEIPTS** | | **$40,010.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| U.S. BANKRUPTCY COURT | Monies for Unclaimed Payment on Claim No. 17 | 8500-002 | 5.99 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5.99** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14S | First Community Bank of Galena | 4110-000 | N/A | 115,000.00 | 0.00 | 0.00 |
| 15 | First Community Bank of Galena | 4110-000 | N/A | 451,598.27 | 0.00 | 0.00 |
| NOTFILED | EPA | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank | 4110-000 | 457,566.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Gelena | 4110-000 | 190,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Gelena | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Home Mortgage | 4110-000 | 45,570.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank Home Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Il Dept of Public Heath | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | IL EPA | 4110-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | First Community Bank of Gelena | 4110-000 | 454,000.00 | N/A | N/A | 0.00 |
| NOTFILED | EPA of IL | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,152,136.00** | **$566,598.27** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 4,751.06 | 4,751.06 | 4,751.06 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 7,521.00 | 7,521.00 | 7,521.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 175.00 | 175.00 | 175.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 3,201.50 | 3,201.50 | 3,201.50 |
| Accountant for Trustee Fees (Trustee Firm) - RSM US LLP | 3310-000 | N/A | 3,190.05 | 3,190.05 | 3,190.05 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Security First Title Co. | 2500-000 | N/A | 1,094.22 | 1,094.22 | 1,094.22 |
| Other - Security First Title Co. | 2500-000 | N/A | 1,841.42 | 1,841.42 | 1,841.42 |
| Other - Security First Title Co. | 3510-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Other - Security First Title Co. | 2500-000 | N/A | 145.00 | 145.00 | 145.00 |
| Other - Security First Title Co. | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Other - Security First Title Co. | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Security First Title Co. | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Security First Title Co. | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Security First Title Co. | 2500-000 | N/A | 18.75 | 18.75 | 18.75 |
| Other - Security First Title Co. | 2500-000 | N/A | 37.50 | 37.50 | 37.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.15 | 32.15 | 32.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.28 | 36.28 | 36.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.52 | 37.52 | 37.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.35 | 41.35 | 41.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.99 | 39.99 | 39.99 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 37.68 | 37.68 | 37.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.20 | 36.20 | 36.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.50 | 43.50 | 43.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.13 | 40.13 | 40.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.23 | 39.23 | 39.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.47 | 45.47 | 45.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.16 | 39.16 | 39.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.34 | 46.34 | 46.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.86 | 43.86 | 43.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.73 | 39.73 | 39.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.10 | 41.10 | 41.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.43 | 45.43 | 45.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.81 | 42.81 | 42.81 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 54.52 | 54.52 | 54.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.78 | 37.78 | 37.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.26 | 35.26 | 35.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.28 | 31.28 | 31.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.74 | 34.74 | 34.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.75 | 33.75 | 33.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.50 | 29.50 | 29.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.13 | 37.13 | 37.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.79 | 32.79 | 32.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.62 | 30.62 | 30.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.08 | 35.08 | 35.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.00 | 33.00 | 33.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.00 | 32.00 | 32.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 51.19 | 51.19 | 51.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.51 | 35.51 | 35.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.62 | 34.62 | 34.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.69 | 32.69 | 32.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.35 | 36.35 | 36.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.40 | 34.40 | 34.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.52 | 33.52 | 33.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.35 | 38.35 | 38.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.71 | 33.71 | 33.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.83 | 33.83 | 33.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.60 | 38.60 | 38.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.99 | 33.99 | 33.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.06 | 34.06 | 34.06 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.66 | 11.66 | 11.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.88 | 38.88 | 38.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.29 | 34.29 | 34.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.23 | 39.23 | 39.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.91 | 35.91 | 35.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.81 | 34.81 | 34.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.50 | 38.50 | 38.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.13 | 36.13 | 36.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.70 | 38.70 | 38.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.90 | 33.90 | 33.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.59 | 37.59 | 37.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.00 | 34.00 | 34.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.05 | 40.05 | 40.05 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 14.72 | 14.72 | 14.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.35 | 36.35 | 36.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.07 | 35.07 | 35.07 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 72.00 | 72.00 | 72.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 72.00 | 72.00 | 72.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 393.00 | 393.00 | 393.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 393.00 | 393.00 | 393.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 108.06 | 108.06 | 108.06 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 108.06 | 108.06 | 108.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $27,105.61 | $27,105.61 | $27,105.61 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | 1,604.01 | 1,604.01 | 1,604.01 | 1,604.01 |
| 7 | Illinois Department of Revenue Bankruptcy Section | 5800-000 | 1,721.72 | 1,721.72 | 1,721.72 | 1,721.72 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,325.73 | $3,325.73 | $3,325.73 | $3,325.73 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 5,957.12 | 0.00 | 0.00 |
| 1 -2 | Midland Credit Management, Inc. as agent for | 7100-000 | 5,239.00 | 5,957.12 | 5,957.12 | 271.89 |
| 2 | Jo Carroll Electric | 7100-000 | 900.00 | 2,215.68 | 2,215.68 | 101.13 |
| 3U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 31.79 | 31.79 | 1.45 |
| 4 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 19,052.00 | 19,027.61 | 19,027.61 | 868.40 |
| 6 | Capital One, N.A. | 7100-000 | 3,805.00 | 3,793.73 | 3,793.73 | 173.14 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | 7,737.00 | 7,713.95 | 7,713.95 | 352.05 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 6,671.87 | 0.00 | 0.00 |
| 9 -2 | FIA CARD SERVICES, N.A. | 7100-000 | 6,557.00 | 6,557.92 | 6,557.92 | 299.29 |
| 10 | FIA CARD SERVICES, N.A. | 7100-000 | 3,324.00 | 3,324.42 | 3,324.42 | 151.72 |
| 11 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 13,820.06 | 0.00 | 0.00 |
| 11 -2 | FIA CARD SERVICES, N.A. | 7100-000 | 13,582.00 | 13,548.48 | 13,548.48 | 618.33 |
| 12 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | 8,676.00 | 8,416.81 | 8,416.81 | 384.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 11,241.00 | 11,241.25 | 11,241.25 | 513.04 |
| 14U | First Community Bank of Galena | 7100-000 | N/A | 71,826.81 | 0.00 | 0.00 |
| 16 | American Express Centurion Bank | 7100-000 | 3,336.00 | 3,265.52 | 3,265.52 | 149.03 |
| 17 | Verizon Wireless | 7100-000 | N/A | 131.15 | 131.15 | 0.00 |
| 18 | Stephenson Service company | 7100-000 | 124,668.00 | 124,668.04 | 124,668.04 | 5,689.68 |
| NOTFILED | Jim Sullivan Realty | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Interstate Bakery of the Quad Citie | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | IWI Motor Parts | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Lunch Box Bakery | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Molo Oil | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Meyers Cox | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Mike Fennin Ford | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Insurance | 7100-000 | 2,267.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Dept. of Agriculture | 7100-000 | 603.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Lottery | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank | 7100-000 | 1,652.00 | N/A | N/A | 0.00 |
| NOTFILED | Drive Line | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Farmer Bocken | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Galena | 7100-000 | 187,459.00 | N/A | N/A | 0.00 |
| NOTFILED | Frontier Phone | 7100-000 | 57.00 | N/A | N/A | 0.00 |
| NOTFILED | Fleege Electric | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Merchant Services | 7100-000 | 427.26 | N/A | N/A | 0.00 |
| NOTFILED | Gassers Hardware | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Money Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Napa Auto Parts | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | North End Auto | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club/ Discover | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Network Card/Retailers Bank | 7100-000 | 8,417.00 | N/A | N/A | 0.00 |
| NOTFILED | North End Wrecking | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Purchase Power Postage | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul's Pump Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | O'Connor, Brooks and Co., PC | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stern Beverage | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Security Products | 7100-000 | 288.00 | N/A | N/A | 0.00 |
| NOTFILED | Western Co Transport Assn. | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Pepsi | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 517.54 | N/A | N/A | 0.00 |
| NOTFILED | Werhane Enterprises | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Village Of Apple River | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | CPEC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tanden Tire and Auto Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sutter Bakery | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Montgomery Trucking | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 62.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Tire | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IDES | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express American Express Special Research | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,036.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 6,270.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 474.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/ Slate | 7100-000 | 561.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | 6,128.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/ BP | 7100-000 | 2,770.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 13,882.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One Na | 7100-000 | 3,793.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 6,615.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,336.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America/ Bass Pro | 7100-000 | 7,605.00 | N/A | N/A | 0.00 |
| NOTFILED | Broshows | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Bird Chevrolet | 7100-000 | 300.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Boyes Auto | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed | 7100-000 | 288.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $493,160.80 | $308,169.33 | $209,893.47 | $9,573.28 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Period Ending:** 06/25/18

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/31/12 (f)  
**§341(a) Meeting Date:** 07/02/12  
**Claims Bar Date:** 10/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1970 East Cross Rd., Galena, IL 61036 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Ron's BP - Galena<br>    Order to Abandon Property entered 8/8/12. | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Apple River Gas Mart  - Apple River<br>    See Order to Sell entered 12/17/2012. | 50,000.00 | 25,000.00 | | 25,000.00 | FA |
| 4 | R&L Gas Mart  - Galena<br>    See Order to Compromise Controversy entered 7/5/17. See Order to Abandon Property entered 7/5/17. | 400,000.00 | 400,000.00 | OA | 11,025.00 | FA |
| 5 | Bulk Plant, Block 11, Lots 10,11,12 and PT Lot 9 | 19,000.00 | 0.00 | | 0.00 | FA |
| 6 | #5 Lot, Parcel 01-001137-00 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account w/ Apple River Community Bank | 800.00 | 0.00 | | 0.00 | FA |
| 8 | Business Checking Account w/Apple River Communit | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Business Checking Account w/ Apple River Communi | 1.00 | 0.00 | | 0.00 | FA |
| 10 | older household furniture and personal belonging | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Outstanding accounts | 5,208.00 | 5,208.00 | | 3,985.61 | FA |
| 13 | 2004 Chevy Blazer | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2004 Chevy Pickup | 4,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1994 GMC Wrecker | 500.00 | 0.00 | | 0.00 | FA |
| 16 | 1994 International Wrecker | 500.00 | 0.00 | | 0.00 | FA |
| 17 | 1990 Geo Tracker | 300.00 | 0.00 | | 0.00 | FA |
| 18 | 1940 Hudson (project car) | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | 1995 Cobra Motorhome | 5,000.00 | 0.00 | | 0.00 | FA |
| 19 | **Assets**  Totals (Excluding unknown values) | **$814,110.00** | **$430,208.00** | | **$40,010.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Period Ending:** 06/25/18

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/31/12 (f)  
**§341(a) Meeting Date:** 07/02/12  
**Claims Bar Date:** 10/10/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014     **Current Projected Date Of Final Report (TFR):**   August 28, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 06/25/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******33- - Checking Account  
**Blanket Bond:** $2,827,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/12 | {12} | Daniel and Catherine Harms | Account Receivable Payment | 1129-000 | 29.52 | | 29.52 |
| 07/11/12 | {12} | Kenneth and Darlene Moore | Account Receivable Payment | 1129-000 | 101.44 | | 130.96 |
| 07/11/12 | {12} | Harris Construction | Account Receivable Payment | 1129-000 | 353.71 | | 484.67 |
| 07/11/12 | {12} | Galena Laundry and Linen Service, Inc. | Account Receivable Payment | 1129-000 | 450.72 | | 935.39 |
| 07/11/12 | {12} | McCoy Insurance Services | Account Receivable Payment | 1129-000 | 50.01 | | 985.40 |
| 07/11/12 | {12} | Rawlins Township | Account Receivable Payment | 1129-000 | 242.02 | | 1,227.42 |
| 07/11/12 | {12} | Richard H. Weis | Account Receivable Payment | 1129-000 | 15.50 | | 1,242.92 |
| 07/11/12 | {12} | Stangl Construction, LLC | Account Receivable Payment | 1129-000 | 48.00 | | 1,290.92 |
| 07/11/12 | {12} | James B. Vincent | Account Receivable Payment | 1129-000 | 194.17 | | 1,485.09 |
| 07/11/12 | {12} | Stangl Construction, LLC | Account Receivable Payment | 1129-000 | 207.06 | | 1,692.15 |
| 07/11/12 | {12} | Galena Builders | Account Receivable Payment | 1129-000 | 112.53 | | 1,804.68 |
| 07/11/12 | {12} | Galena Golf Club, Inc. | Account Receivable Payment | 1129-000 | 21.56 | | 1,826.24 |
| 07/11/12 | {12} | Galena Chrysler | Account Receivable Payment | 1129-000 | 176.92 | | 2,003.16 |
| 07/11/12 | {12} | Chestnut Mountain Ski Resort, LLC | Account Receivable Payment | 1129-000 | 235.52 | | 2,238.68 |
| 07/11/12 | {12} | Lemfco, Inc. | Account Receivable Payment | 1129-000 | 8.50 | | 2,247.18 |
| 07/11/12 | {12} | Galena Cellars, Inc. | Account Receivable Payment | 1129-000 | 206.47 | | 2,453.65 |
| 07/11/12 | {12} | Steven or Pamela Ehrler | Account Receivable Payment | 1129-000 | 59.00 | | 2,512.65 |
| 07/11/12 | {12} | Galena Unit School District 120 | Account Receivable Payment | 1129-000 | 608.62 | | 3,121.27 |
| 07/16/12 | {12} | Galena Chrysler | Account Receivable Payment | 1129-000 | 864.34 | | 3,985.61 |
| 07/30/12 | {4} | WSG, Inc. d/b/a R&L Gas Mart | Payment on Contract | 1110-000 | 1,000.00 | | 4,985.61 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,960.61 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,935.61 |
| 09/04/12 | {4} | WSG, Inc. d/b/a R&L Gas Mart | Payment on Contract | 1110-000 | 1,000.00 | | 5,935.61 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,910.61 |
| 10/02/12 | {4} | WSG, Inc. d/b/a R&L Gas Mart | Payment on Contract | 1110-000 | 1,000.00 | | 6,910.61 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,885.61 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,860.61 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 6,860.61 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 6,985.61 | 6,985.61 | $0.00 |
| Less: Bank Transfers | | 0.00 | 6,860.61 | |
| **Subtotal** | | **6,985.61** | **125.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$6,985.61** | **$125.00** | |

{} Asset reference(s)

Printed: 06/25/2018 09:51 AM   V.14.14

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 06/25/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | | 9999-000 | 6,860.61 | | 6,860.61 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,850.61 |
| 01/07/13 | | Security First Title Co. | Proceeds from Sale of Real Estate | | | 20,210.11 | | 27,060.72 |
| | {3} | | Gross proceeds from sale of real estate | 25,000.00 | 1110-000 | | | 27,060.72 |
| | | | County Taxes (1/1/12-12/27/12) | -1,094.22 | 2500-000 | | | 27,060.72 |
| | | | 2011 Tax Redemption to Jo Daviess County Clerk | -1,841.42 | 2500-000 | | | 27,060.72 |
| | | | Jim Sullivan Realty Commission | -1,500.00 | 3510-000 | | | 27,060.72 |
| | | | Title Insurance to Security First Title Co. | -145.00 | 2500-000 | | | 27,060.72 |
| | | | State of IL Title Policy Fee | -3.00 | 2500-000 | | | 27,060.72 |
| | | | Overnight Mailing Fee | -75.00 | 2500-000 | | | 27,060.72 |
| | | | CPL Fee | -50.00 | 2500-000 | | | 27,060.72 |
| | | | Wire Fee | -25.00 | 2500-000 | | | 27,060.72 |
| | | | Tax Stamp-Deed | -18.75 | 2500-000 | | | 27,060.72 |
| | | | Revenue Stamps | -37.50 | 2500-000 | | | 27,060.72 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.15 | 27,028.57 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.28 | 26,992.29 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 37.52 | 26,954.77 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 41.35 | 26,913.42 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.99 | 26,873.43 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-82138 | | 2300-000 | | 37.68 | 26,835.75 |
| 06/20/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | | 1110-000 | 500.00 | | 27,335.75 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.20 | 27,299.55 |
| 07/17/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | | 1110-000 | 500.00 | | 27,799.55 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 43.50 | 27,756.05 |
| 08/20/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | | 1110-000 | 500.00 | | 28,256.05 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 40.13 | 28,215.92 |
| 09/30/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | | 1110-000 | 500.00 | | 28,715.92 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.23 | 28,676.69 |

Subtotals :  $29,070.72  $394.03

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 12-82138-TML | Trustee: STEPHEN G. BALSLEY (330410) |
| Case Name: SPROULE, RONALD D / SPROULE, LINDA L | Bank Name: Rabobank, N.A. |
| | Account: ******0066 - Checking Account |
| Taxpayer ID #: **-***4778 | Blanket Bond: $2,827,000.00 (per case limit) |
| Period Ending: 06/25/18 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/13 | {4} | WSG, Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 500.00 | | 29,176.69 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.47 | 29,131.22 |
| 11/21/13 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 29,331.22 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.16 | 29,292.06 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.34 | 29,245.72 |
| 01/09/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 400.00 | | 29,645.72 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.86 | 29,601.86 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.73 | 29,562.13 |
| 03/31/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 29,662.13 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.10 | 29,621.03 |
| 04/29/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 29,821.03 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.43 | 29,775.60 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.81 | 29,732.79 |
| 06/06/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 29,932.79 |
| 06/06/14 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #12-82138 | 2300-000 | | 54.52 | 29,878.27 |
| 06/16/14 | 10103 | Barrick, Switzer, Long, Balsley & Van Evera | First Application for Trustee's Counsel pursuant to Order entered June 16, 2014 | 3110-000 | | 7,521.00 | 22,357.27 |
| 06/16/14 | 10104 | Barrick, Switzer, Long, Balsley & Van Evera | First Application for Trustee's Counsel Reimbursement of Expenses pursuant to Order entered June 16, 2014 | 3120-000 | | 175.00 | 22,182.27 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.78 | 22,144.49 |
| 07/07/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 22,344.49 |
| 07/31/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 22,544.49 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.26 | 22,509.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.28 | 22,477.95 |
| 09/02/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 22,677.95 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.74 | 22,643.21 |
| 10/09/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 22,743.21 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.75 | 22,709.46 |
| 11/03/14 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 22,809.46 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.50 | 22,779.96 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.13 | 22,742.83 |
| 01/12/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 22,842.83 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.79 | 22,810.04 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.62 | 22,779.42 |

Subtotals :    $2,500.00    $8,397.27

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 06/25/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $2,827,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 22,979.42 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.08 | 22,944.34 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.00 | 22,911.34 |
| 05/12/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 23,111.34 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.00 | 23,079.34 |
| 06/09/15 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #12-82138 | 2300-000 | | 51.19 | 23,028.15 |
| 06/12/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 23,228.15 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.51 | 23,192.64 |
| 07/14/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 23,392.64 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.62 | 23,358.02 |
| 08/10/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 250.00 | | 23,608.02 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.69 | 23,575.33 |
| 09/14/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 250.00 | | 23,825.33 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.35 | 23,788.98 |
| 10/13/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 250.00 | | 24,038.98 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.40 | 24,004.58 |
| 11/10/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 24,204.58 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.52 | 24,171.06 |
| 12/07/15 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,271.06 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.35 | 24,232.71 |
| 01/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 150.00 | | 24,382.71 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.71 | 24,349.00 |
| 02/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,449.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.83 | 24,415.17 |
| 03/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,515.17 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.60 | 24,476.57 |
| 04/15/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,576.57 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.99 | 24,542.58 |
| 05/19/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,642.58 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.06 | 24,608.52 |
| 06/03/16 | 10106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2016 FOR CASE #12-82138, Bond #016018067 | 2300-000 | | 11.66 | 24,596.86 |
| 06/16/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 24,696.86 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.88 | 24,657.98 |

Subtotals :   $2,500.00   $621.44

{} Asset reference(s)  
Printed: 06/25/2018 09:51 AM   V.14.14

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 06/25/18

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $2,827,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/13/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 150.00 | | 24,807.98 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.29 | 24,773.69 |
| 08/15/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 200.00 | | 24,973.69 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.23 | 24,934.46 |
| 09/08/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 150.00 | | 25,084.46 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.91 | 25,048.55 |
| 10/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 25,148.55 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.81 | 25,113.74 |
| 11/11/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 25,213.74 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.50 | 25,175.24 |
| 12/22/16 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 75.00 | | 25,250.24 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.13 | 25,214.11 |
| 01/17/17 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 50.00 | | 25,264.11 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.70 | 25,225.41 |
| 02/07/17 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 50.00 | | 25,275.41 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.90 | 25,241.51 |
| 03/13/17 | {4} | WSG Inc. dba R&L Gas Mart | Payment on Contract | 1110-000 | 100.00 | | 25,341.51 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.59 | 25,303.92 |
| 04/10/17 | {4} | WSG Inc. | Payment on Contract | 1110-000 | 50.00 | | 25,353.92 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.00 | 25,319.92 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.05 | 25,279.87 |
| 06/09/17 | 10107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2017 FOR CASE #12-82138, Bond #016018067 | 2300-000 | | 14.72 | 25,265.15 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.35 | 25,228.80 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.07 | 25,193.73 |
| 08/24/17 | 10108 | Illinois Department of Revenue | 2012 State Taxes (Ronald Sproule) - FEIN 38-7044778 | 2820-000 | | 72.00 | 25,121.73 |
| 08/24/17 | 10109 | Illinois Department of Revenue | 2012 State Taxes (Linda Sproule) - FEIN 38-7044778 | 2820-000 | | 72.00 | 25,049.73 |
| 08/24/17 | 10110 | Illinois Department of Revenue | 2013 State Taxes (Ronald Sproule) - FEIN 38-7044778 | 2820-000 | | 393.00 | 24,656.73 |
| 08/24/17 | 10111 | Illinois Department of Revenue | 2013 State Taxes (Linda Sproule) - FEIN 38-7044778 | 2820-000 | | 393.00 | 24,263.73 |
| 11/07/17 | 10112 | Illinois Department of Revenue | Late Fees & Penalties (Ronald Sproule) - 2012 (17.26) & 2013 (90.80) - FEIN 38-7044778 | 2820-000 | | 108.06 | 24,155.67 |
| 11/07/17 | 10113 | Illinois Department of Revenue | Late Fees & Penalties (Linda Sproule) - 2012 | 2820-000 | | 108.06 | 24,047.61 |

Subtotals :     $1,025.00     $1,635.37

{} Asset reference(s)

Printed: 06/25/2018 09:51 AM     V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 12-82138-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | SPROULE, RONALD D | | Bank Name: | Rabobank, N.A. |
| | SPROULE, LINDA L | | Account: | ******0066 - Checking Account |
| Taxpayer ID #: | **-***4778 | | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 06/25/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | (17.26) & 2013 (90.80) - FEIN 60-3242624 | | | | |
| 11/09/17 | 10114 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $4,751.06. Trustee Compensation | 2100-000 | | 4,751.06 | 19,296.55 |
| 11/09/17 | 10115 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,201.50. Attorney for Trustee Fees | 3210-000 | | 3,201.50 | 16,095.05 |
| 11/09/17 | 10116 | RSM US LLP | Dividend paid 100.00% on $3,190.05. Accountant for Trustee Fees | 3310-000 | | 3,190.05 | 12,905.00 |
| 03/29/18 | 10117 | Midland Credit Management, Inc. as agent for | Dividend paid 4.56% on $5,957.12; Claim# 1 -2; Filed: $5,957.12; Reference: | 7100-000 | | 271.89 | 12,633.11 |
| 03/29/18 | 10118 | Jo Carroll Electric | Dividend paid 4.56% on $2,215.68; Claim# 2; Filed: $2,215.68; Reference: | 7100-000 | | 101.13 | 12,531.98 |
| 03/29/18 | 10119 | Capital One Bank (USA), N.A. | Dividend paid 4.56% on $19,027.61; Claim# 5; Filed: $19,027.61; Reference: | 7100-000 | | 868.40 | 11,663.58 |
| 03/29/18 | 10120 | Capital One, N.A. | Dividend paid 4.56% on $3,793.73; Claim# 6; Filed: $3,793.73; Reference: | 7100-000 | | 173.14 | 11,490.44 |
| 03/29/18 | 10121 | FIA CARD SERVICES, N.A. | Dividend paid 4.56% on $7,713.95; Claim# 8; Filed: $7,713.95; Reference: | 7100-000 | | 352.05 | 11,138.39 |
| 03/29/18 | 10122 | American InfoSource LP as agent for TD Bank, USA | Dividend paid 4.56% on $8,416.81; Claim# 12; Filed: $8,416.81; Reference: | 7100-000 | | 384.13 | 10,754.26 |
| 03/29/18 | 10123 | PYOD, LLC its successors and assigns as assignee | Dividend paid 4.56% on $11,241.25; Claim# 13; Filed: $11,241.25; Reference: | 7100-000 | | 513.04 | 10,241.22 |
| 03/29/18 | 10124 | American Express Centurion Bank | Dividend paid 4.56% on $3,265.52; Claim# 16; Filed: $3,265.52; Reference: | 7100-000 | | 149.03 | 10,092.19 |
| 03/29/18 | 10125 | Verizon Wireless | Dividend paid 4.56% on $131.15; Claim# 17; Filed: $131.15; Reference: Voided on 05/21/18 | 7100-000 | | 5.99 | 10,086.20 |
| 03/29/18 | 10126 | Stephenson Service company | Dividend paid 4.56% on $124,668.04; Claim# 18; Filed: $124,668.04; Reference: | 7100-000 | | 5,689.68 | 4,396.52 |
| 03/29/18 | 10127 | FIA CARD SERVICES, N.A. | Combined Check for Claims#9 -2,10,11 -2 | | | 1,069.34 | 3,327.18 |
| | | | Dividend paid 4.56% on 299.29 $6,557.92; Claim# 9 -2; Filed: $6,557.92 | 7100-000 | | | 3,327.18 |
| | | | Dividend paid 4.56% on 151.72 $3,324.42; Claim# 10; Filed: $3,324.42 | 7100-000 | | | 3,327.18 |
| | | | Dividend paid 4.56% on 618.33 $13,548.48; Claim# 11 -2; Filed: $13,548.48 | 7100-000 | | | 3,327.18 |
| 03/29/18 | 10128 | Illinois Department of Revenue | Combined Check for Claims#3U,3P,7 | | | 3,327.18 | 0.00 |

Subtotals : $0.00 $24,047.61

{} Asset reference(s)

Printed: 06/25/2018 09:51 AM V.14.14

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 12-82138-TML  
**Case Name:** SPROULE, RONALD D  
SPROULE, LINDA L  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 06/25/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|   |   | Bankruptcy Section |   |   |   |   |   |
|   |   |   | Dividend paid 4.56% on   1.45<br>$31.79;  Claim# 3U;<br>Filed: $31.79 | 7100-000 |   |   | 0.00 |
|   |   |   | Dividend paid 100.00%   1,604.01<br>on $1,604.01;  Claim#<br>3P; Filed: $1,604.01 | 5800-000 |   |   | 0.00 |
|   |   |   | Dividend paid 100.00%   1,721.72<br>on $1,721.72;  Claim# 7;<br>Filed: $1,721.72 | 5800-000 |   |   | 0.00 |
| 05/21/18 | 10125 | Verizon Wireless | Dividend paid 4.56% on $131.15; Claim# 17;<br>Filed: $131.15; Reference:<br>Voided: check issued on 03/29/18 | 7100-000 |   | -5.99 | 5.99 |
| 05/21/18 | 10129 | U.S. BANKRUPTCY COURT | Monies for Unclaimed Payment on Claim No.<br>17 | 8500-002 |   | 5.99 | 0.00 |
|   |   |   | **ACCOUNT TOTALS** | | 35,095.72 | 35,095.72 | **$0.00** |
|   |   |   | Less: Bank Transfers | | 6,860.61 | 0.00 | |
|   |   |   | **Subtotal** | | 28,235.11 | 35,095.72 | |
|   |   |   | Less: Payments to Debtors | | | 0.00 | |
|   |   |   | **NET Receipts / Disbursements** | | **$28,235.11** | **$35,095.72** | |

|   | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******33-** | 6,985.61 | 125.00 | 0.00 |
| **Checking # ******0066** | 28,235.11 | 35,095.72 | 0.00 |
|   | **$35,220.72** | **$35,220.72** | **$0.00** |

{} Asset reference(s)